IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ERNEST ELLINGTON, JR., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| vs. | ) | |
| | ) | CIVIL ACTION NO: |
| HOWARD GRIGGS TRUCKING INC.; | ) | |
| INTERNATIONAL PAPER COMPANY, | ) | 3:05 CV 767-T |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's standing Order of January 15, 2000, defendant International Paper Company, states that it has issued shares of stock to the public but it has no parents, subsidiaries, or affiliate companies which have issued shares of stock to the public.

/s/   Sandy   G.   Robinson
**SANDY G. ROBINSON – ROBIS5756**
**IAN D. ROSENTHAL – ROSEI6905**
Attorneys for Defendants
International Paper Company
**CABANISS, JOHNSTON, GARDNER,**
 **DUMAS & O'NEAL LLP**
Post Office Box 2906
Mobile, Alabama 36652
251/415-7300 Telephone
251/415-7350 Facsimile
sgr@cabaniss.com
idr@cabaniss.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Fred (Sr.) D. Gray
>fgray@glsmgn.com

>Stanley Fitzgerald Gray
>sgray@glsmgn.com; graysf@aol.com

>Joint Chambers
>jointchambers@almd.uscourts.gov

and by placing same in the United States mail, first class postage prepaid and properly addressed as follows:

>David M. Wilson, Esquire
>WILSON & BERRYHILL, P.C.
>1475 Financial Center
>505 North 20th Street
>Birmingham, Alabama  35203

>/s/Sandy G. Robinson_____
>Of Counsel