IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ERNEST ELLINGTON, JR., ) | |
| ) | |
|     Plaintiff, ) | |
| vs. ) | |
| ) | CIVIL ACTION NO: |
| HOWARD GRIGGS TRUCKING INC.; ) | |
| INTERNATIONAL PAPER COMPANY, ) | 3:05 CV 767-T |
| et al., ) | |
| ) | |
|     Defendants. ) | |

### **SUPPLEMENTAL EXHIBIT TO NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1441 et. seq., International Paper Company removed this action from the Circuit Court of Macon County, Alabama to the United States District Court for the Middle District of Alabama.

    1.   International Paper Company sent its Notice of Removal to this Court by Federal Express on August 10, 2005. That pleading was received and filed by the clerk of this Court on August 11, 2005.

    2.   Exhibit A to the Notice of Removal consisted of all process, pleadings and orders served upon defendant.

    3.   On August 15, 2005 counsel for International Paper Company received the documents attached hereto as Exhibit 1 from defendant Howard Griggs Company Trucking, Inc. As evidenced by the certificate of service on those pleadings, they were served on counsel for International Paper Company by being placed in

the United States mail on August 11, 2005.

These documents are submitted to maintain the completeness of the Court's file.

/s/ Sandy G. Robinson
**SANDY G. ROBINSON - ROBIS5756**
**IAN D. ROSENTHAL - ROSEI6905**
Attorneys for Defendants
International Paper Company
**CABANISS, JOHNSTON, GARDNER,**
 **DUMAS & O'NEAL LLP**
Post Office Box 2906
Mobile, Alabama 36652
251/415-7300 Telephone
251/415-7350 Facsimile
sgr@cabaniss.com
idr@cabaniss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Fred (Sr.) D. Gray
fgray@glsmgn.com

Stanley Fitzgerald Gray
sgray@glsmgn.com; graysf@aol.com

Joint Chambers
jointchambers@almd.uscourts.gov

and by placing same in the United States mail, first class postage prepaid and properly addressed as follows:

David M. Wilson, Esquire
WILSON & BERRYHILL, P.C.
1475 Financial Center
505 North 20th Street
Birmingham, Alabama  35203

/s/Sandy G. Robinson
Of Counsel

- 3 -

Case 3:05-cv-00767-MHT-SRW    Document 4    Filed 08/15/2005    Page 3 of 3

- 3 -