IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ERNEST ELLINGTON, JR., | ) | |
|     Plaintiff, | ) | |
| v. | ) | CASE NO. 3:05-cv-767-T |
| | ) | |
| HOWARD GRIGGS TRUCKING, INC., | ) | |
| ET AL, | ) | |
| | ) | |
|     Defendant | ) | |

# **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Susan R. Walker for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE, this the 17th day of June, 2005.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE