IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ERNEST ELLINGTON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 3:05cv767 |
| ) | |
| HOWARD GRIGGS TRUCKING ) | |
| INC.; INTERNATIONAL PAPER ) | |
| COMPANY; and FICTITOUS ) | |
| DEFENDANTS "A", "B" and "C", ) | |
| that person or persons who ) | |
| operated the forklift that was involved in ) | |
| the accident which injured the Plaintiff ) | |
| on May 5, 2005; Fictitious Defendants ) | |
| "D", "E" and "F" is that person, ) | |
| corporation or other legal entity who ) | |
| contributed or caused the injury to the ) | |
| Plaintiff, as alleged in the complaint, ) | |
| whose name of said person, corporation ) | |
| or other legal entity is unknown and will ) | |
| be added when ascertained, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Comes now Plaintiff Ernest Ellington, Jr. by and through his undersigned counsel and files this motion for leave to amend his complaint on the following grounds:

1. The Plaintiff seeks to further clarify his allegations against Howard Griggs Trucking, Inc. for worker's compensation, as alleged in the proposed amended complaint.

2. The Plaintiff seeks to allege further details to clarify his worker's compensation claim against Howard Griggs, Trucking, Inc.

3. Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure leave shall be freely given when justice so requires.

4. This Honorable Court has allowed a plaintiff to amend his complaint after removal to clarify claims against an in state Defendant. *Davis v. General Motors Corporation*, 353 F. Supp. 2d 1203 (M. D. 2005)

5. Plaintiff has attached to said motion the proposed amendment to the complaint.

Wherefore, the above and other premises considered, Plaintiff Ernest Ellington, Jr. prays that this Honorable Court grants him leave to amend his complaint on the foregoing basis.

Respectfully submitted,

Fred D. Gray (GRA022)
Stanley F. Gray (GRA053)
Gray, Langford, Sapp, McGowan,
  Gray & Nathanson
Post Office Box 830239
Tuskegee, Alabama 36083-0239
(334) 727-4830

**CERTIFICATE OF SERVICE**

I, certify that I have served a true and correct copy of the foregoing instrument upon the following via electronic mail and U. S. Mail, postage prepaid, this the 9th day of September 2005:

Sandy G. Robinson, Esq.
Ian D. Rosenthal, Esq.
Cabaniss, Johnston, Gardner
  Dumas & O'Neal, LLP
Post Office Box 2906
Mobile, Alabama  36652

David M. Wilson, Esq.
Wilson & Berryhill, PC
1475 Financial Center
505 North 20th Street
Birmingham, Alabama  35203

OF COUNSEL