IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ERNEST ELLINGTON, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **HOWARD GRIGGS TRUCKING INC.; INTERNATIONAL PAPER COMPANY; and FICTITOUS DEFENDANTS "A", "B" and "C",** that person or persons who operated the forklift that was involved in the accident which injured the Plaintiff on May 5, 2005; Fictitious Defendants "D", "E" and "F" is that person, corporation or other legal entity who contributed or caused the injury to the Plaintiff, as alleged in the complaint, whose name of said person, corporation or other legal entity is unknown and will be added when ascertained, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO REMAND

Comes now Plaintiff Ernest Ellington, Jr., by and through his undersigned counsel and requests this Honorable Court to remand this case to the Circuit Court of Macon County, Alabama. In support of said motion, the Plaintiff asks the Court to consider the following:

1. This Court does not have jurisdiction of this case because there is not complete diversity of citizenship.

2. The Defendant International Paper Company has failed to establish that the instate Defendant Howard Griggs Trucking, Inc. was fraudulently joined to defeat federal jurisdiction.

3. The Defendant International Paper Company has failed to establish that the amount in controversy exceeds $75,000.

4. Plaintiff has herewith filed a brief in support of Plaintiff's motion to remand.

Wherefore, the above and other premises considered, Plaintiff requests this Honorable Court to remand this case to the Circuit Court of Macon County, Alabama.

            Respectfully submitted,

            Fred D. Gray (GRA022)

            Stanley F. Gray (GRA053)
            Gray, Langford, Sapp, McGowan,
              Gray & Nathanson
            Post Office Box 830239
            Tuskegee, Alabama 36083-0239
            (334) 727-4830

## CERTIFICATE OF SERVICE

I, certify that I have served a true and correct copy of the foregoing instrument upon the following via electronic mail and U. S. Mail, postage prepaid, this the 9th day of September 2005:

Sandy G. Robinson, Esq.
Ian D. Rosenthal, Esq.
Cabaniss, Johnston, Gardner
 Dumas & O'Neal, LLP
Post Office Box 2906
Mobile, Alabama  36652

David M. Wilson, Esq.
Wilson & Berryhill, PC
1475 Financial Center
505 North 20th Street
Birmingham, Alabama  35203

/s/ Stanley F. Gray
OF COUNSEL

3