IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ERNEST ELLINGTON, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05CV767-T |
| ) | |
| HOWARD GRIGGS TRUCKING, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This action is presently before the court on the motion for leave to amend (Doc. # 6) and the motion to remand (Doc. # 7) filed by plaintiff on September 9, 2005. Upon consideration of the motions, it is

ORDERED that defendants may respond to the motions on or before September 26, 2005.[1]

DONE this 12th day of September, 2005.

/s/ Susan Russ Walker
_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The motion will be submitted for decision without oral argument. Should the court determine that oral argument is necessary, a hearing date will be scheduled later.