WILLIAM F. GARDNER
CRAWFORD S. McGIVAREN, JR.
SYDNEY F. FRAZIER, JR.
BENJAMEN T. ROWE
WILLIAM A. ROBINSON
PATRICK H. SIMS
DONALD J. STEWART
ROY J. CRAWFORD
WILLIAM K. THOMAS
F. GERALD BURNETT
DAVID S. DUNKLE
C. FRED DANIELS
G. THOMAS SULLIVAN
DAVID L. KANE
R. BOYD MILLER
R. CARLTON SMYLY
STEVE A. TUCKER
SANDY G. ROBINSON
HERBERT HAROLD WEST, JR.
RICHARD ELDON DAVIS
MELANIE MERKLE BASS
JOHN M. GRAHAM
IAN D. ROSENTHAL
MICHAEL E. TURNER
JARROD J. WHITE

DIANE H. CRAWLEY
ANNETTE LANNING KINDERMAN
ANNA FUNDERBURK BUCKNER
PHILLIP B. WALKER
DIANE BABB MAUGHAN
AMY BELL NELSON
JOHN ALLEN ROBERTS
JOSEPH D. STUTZ
SCOTT A. HOLMES

# CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL LLP

RIVERVIEW PLAZA

63 SOUTH ROYAL STREET, SUITE 700

MOBILE, ALABAMA 36602

L. MURRAY ALLEY
E.T. BROWN, JR.
OF COUNSEL

MAILING ADDRESS
P.O. BOX 2906
MOBILE, ALABAMA 36652
(251) 415-7300
FACSIMILE (251) 415-7350

BIRMINGHAM OFFICE
PARK PLACE TOWER
2001 PARK PLACE NORTH, SUITE 700
BIRMINGHAM, ALABAMA 35203
(205) 716-5200
FACSIMILE (205) 716-5389

E.H. CABANISS, 1857-1936
FORNEY JOHNSTON, 1879-1965
LUCIEN D. GARDNER, JR. 1903-1988
M. CAMPER O'NEAL, 1907-1989

September 15, 2005

**VIA FAX -- 334/727-5877**

Stanley F. Gray, Esquire
GRAY, LANGFORD, SAPP, McGOWAN,
   GRAY & NATHANSON
Post Office Box 8320239
Tuskegee, Alabama  36083-0239

RE: Ernest Ellington, Jr. vs.
    International Paper Company, et al.
    Our File Number:  905656/09240

Dear Stanley:

We are in receipt of your motion to remand which argues, *inter alia*, that the requisite jurisdictional amount has not been met in this case.

I have been authorized to offer the sum of $75,000.00 in full and complete settlement of all claims that have been or could be asserted against International Paper Company, in return for a full and final release and dismissal with prejudice of all pending claims against International Paper. Please let me have your response to this offer within seven days from the date of this letter.

In the event that you do not accept this offer, we will be filing our response to your remand brief on September 26, 2005. We have received the Court's Order directing us to consult and develop a discovery plan and submit the plan no later than September 29, 2005. In the event you do not accept the offer in


EXHIBIT A

Ikon012710

## CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL LLP

Stanley F. Gray, Esquire
September 15, 2005
Page 2

---

this letter, please call me so we can arrange a convenient time to discuss the discovery that will be necessary in this case and come up with a joint plan for submission to the Court.

I look forward to hearing from you.

Yours very truly,

SANDY G. ROBINSON

SGR/kg

Ikon012711

# GRAY, LANGFORD, SAPP, MCGOWAN, GRAY & NATHANSON

ATTORNEYS AND COUNSELLORS
P.O. BOX 830239
104 WEST NORTHSIDE STREET
TUSKEGEE, ALABAMA 36083-0239
(334) 727-4830
Fax (334) 727-5877

FRED D. GRAY*
CHARLES D. LANGFORD
ERNESTINE S. SAPP
WALTER E. McGOWAN
FRED D. GRAY, JR.**
STANLEY F. GRAY**
ALLAN NATHANSON***
BRIDGETT VASSER GRAY

ALSO LICENSED:
*OHIO
**DISTRICT OF COLUMBIA
***ARIZONA

THE BAILEY BUILDING, #205
400 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36104
(334) 269-2563
FAX (334) 269-2959

September 16, 2005

Sandy G. Robinson, Esq.
Cabaniss, Johnston, Gardner,
  Dumas & O'Neal LLP
700 Riverview Plaza
63 South Royal Street
Mobile, Alabama 36602

**VIA FAX AND U. S. MAIL**

RE: *Ernest Ellington, Jr. v. Howard Griggs Trucking; and International Paper*

Dear Sandy:

Thank you for your letter dated September 15, 2005. This is not an appropriate time for us to discuss settlement. I will contact you next week, so that we can discuss the discovery plan as requested by the court.

If you have any further questions regarding this matter, please feel free to contact me.

Very truly yours,

Stanley F. Gray

:pds

EXHIBIT
B

Ikon012712