```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                 MIDDLE DISTRICT OF ALABAMA
                       EASTERN DIVISION

ERNEST ELLINGTON, JR.,            )
                                  )
     Plaintiff,                   )
vs.                               )
                                  )   CIVIL ACTION NO:
HOWARD GRIGGS TRUCKING, INC.;     )
INTERNATIONAL PAPER COMPANY, ET   )   3:05 CV 767-T
AL.,                              )
                                  )
     Defendants.                  )
```

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Federal Rules of Civil Procedure 26(f), a meeting was held by telephone and was attended by Stanley F. Gray, Attorney for Plaintiff and Sandy G. Robinson, Attorney for Defendant International Paper Company. David M. Wilson, Attorney for Howard Griggs Trucking, Inc. was unavailable for the conference due to a hastily scheduled Court appearance, but has reviewed and approved this report.

2.  Pre-Discovery Disclosures. The parties will exchange by **October 10, 2005** the information required by Federal Rules of Civil Procedure 26(a)(1).

3.  Discovery Plan. The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects: The cause of plaintiff's accident of May 5, 2005 and the damages resulting from same.

All discovery commenced in time to be completed by May 31, 2006.

Maximum of 50 interrogatories by each party to any other party. Responses due in accordance with Federal Rules of Civil Procedure.

Maximum of 50 requests for admissions by each party to any other party. Responses due in accordance with the Federal Rules of Civil Procedure.

Maximum of 50 requests for production by each party to any other party. Responses due in accordance with the Federal Rules of Civil Procedure.

Maximum of 20 depositions by plaintiff and five by each defendant.

Each deposition limited to maximum of eight hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

From plaintiff by **April 3, 2006**

From defendants by **May 1, 2006**

Supplementations under Rule 26(e) due as soon as possible, but no later than 30 days before the conclusion of discovery.

4.   Other Items.

The parties do not request a conference with the Court before entry of the Scheduling Order.

The parties request a Pretrial Conference on September 18, 2006, or as soon thereafter as the Court is able to schedule it.

Plaintiff should be allowed until **March 31, 2006** to join additional parties and to amend the pleadings.

Defendants should be allowed until **April 17, 2006** to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by **June 19, 2006**.

Settlement cannot be evaluated at this time, but may be enhanced by the use of an alternative dispute resolution procedure after preliminary discovery has occurred.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from plaintiff by **October 2, 2006** and from defendants by **October 9, 2006**.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by **October 23, 2006** and at this time is expected to take approximately three days to try.

All parties have conferred and agreed on this report, and have agreed that it can be filed on behalf of all parties by counsel for Defendant International Paper Company.

Dated:  September 29, 2005.

                                      s/Sandy G. Robinson_____
                                      **SANDY G. ROBINSON – ROBIS5756**
                                      **IAN D. ROSENTHAL - ROSEI6905**
                                      Attorneys for Defendant
                                      International Paper Company

OF COUNSEL:

**CABANISS, JOHNSTON, GARDNER,**
  **DUMAS & O'NEAL LLP**
Post Office Box 2906
Mobile, Alabama  36652
251/415-7300 Telephone
251/415-7350 Facsimile
sgr@cabaniss.com
idr@cabaniss.com


### CERTIFICATE OF SERVICE

    I hereby certify that on September 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

        Fred (Sr.) D. Gray
        fgray@glsmgn.com

        Stanley Fitzgerald Gray
        sgray@glsmgn.com; graysf@aol.com

        Joint Chambers
        jointchambers@almd.uscourts.gov

and by placing same in the United States mail, first class postage prepaid and properly addressed as follows:

>David M. Wilson, Esquire
>WILSON & BERRYHILL, P.C.
>1475 Financial Center
>505 North 20th Street
>Birmingham, Alabama  35203

>/s/Sandy G. Robinson_____
>Of Counsel

- 5 -