IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ERNEST ELLINGTON, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05CV767-T |
| | ) | |
| HOWARD GRIGGS TRUCKING, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is presently before the court on the motion to remand or, in the alternative, to sever and remand (Doc. # 14) filed by defendant Howard Griggs Trucking, Inc. on October 20, 2005. Upon consideration of the motion, it is

ORDERED that defendant International Paper Company may respond to the motion on or before November 1, 2005.[1]

DONE, this 25th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The motion will be submitted for decision without oral argument. Should the court determine that oral argument is necessary, a hearing date will be scheduled later.