IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ERNEST ELLINGTON, JR.,      )
                            )
    Plaintiff,               )
                            )
    v.                       )
                            )      CIVIL ACTION NO.
HOWARD GRIGGS TRUCKING,      )        3:05cv0767-T
INC., et al.,                )           (WO)
                            )
    Defendants.              )
```

ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The objections (Doc. No. 18) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 17) is adopted.

(3) The motions to remand (Doc. Nos. 7 & 14) are granted.

(4) The alternative motion to sever (Doc. No. 14) is denied.

    **(5) The motion to amend (Doc. No. 6) is denied.**

    **(6) This lawsuit is remand to the Circuit Court of Macon County, Alabama.**

**The clerk of the court is DIRECTED to take appropriate steps to effect the remand.**

**DONE, this the 27th day of December, 2005.**


                                               /s/ Myron H. Thompson  
                                            **UNITED STATES DISTRICT JUDGE**